# Court of Appeals
# of the State of Georgia

ATLANTA, __August 25, 2014__

*The Court of Appeals hereby passes the following order:*

**A14A1398. SIMMS v. NEW CENTURY MORTGAGE CORPORATION.**
**A14A1399. SIMMS v. NEW CENTURY MORTGAGE CORPORATION.**

The Appellant's briefs were due in these cases on July 22, 2014. The Appellant has not timely filed briefs as required by Court of Appeals Rule 23 (a), nor has the Appellant sought extensions of time from this Court to file briefs, as provided in Rule 16 (a). Consequently, the instant appeals are hereby DISMISSED for want of prosecution. See Court of Appeals Rules 15 (a), 16 (b), and 23 (a).



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* __08/25/2014__
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*